UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE LEVINE,

Plaintiff(s),

v.

APPLE INC.,

Defendant(s).

23 Civ. 8112 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On **January 23, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **January 30, 2024,** at **10:00 a.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: January 24, 2024
New York, New York

DALE E. HO
United States District Judge