UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE LEVINE,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　　　　　　Defendant. | 23-CV-8112 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 15, 2024, the Court held a conference in the above-captioned matter. As discussed during the conference, the Court will adopt the following briefing schedule: Defendants shall file their motion for summary judgment by **November 7, 2024**. Plaintiffs shall respond by **December 5, 2024**. Defendants shall file a reply by **December 19, 2024**.

Additionally, Counsel for Plaintiffs shall enter an appearance in this matter by October 18, 2024.

　　　SO ORDERED.

Dated: October 15, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge