# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

VALERIE LEVINE,

                Plaintiff,                      23 **CIVIL** 8112 (DEH)

   -against-                                      **JUDGMENT**

APPLE INC.,

                Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 7, 2025, Defendant's motion for summary judgment is GRANTED as to Ms. Levine's claim of negligence liability. Judgment is hereby entered in favor of the Defendant and the case is closed.

**Dated:** New York, New York

      July 8, 2025

                                                **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                       **BY:**

                                                    **Deputy Clerk**